IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD L. JUST,

        Plaintiff,

vs.

COUNTY OF NEVADA; NEVADA COUNTY BUILDING DEPARTMENT; NEVADA COUNTY COUNSEL'S OFFICE; NEVADA COUNTY CODE COMPLIANCE OFFICE; BRIAN WASHKO; ROBERT CHOATE; RODNEY MCCLUNG; GREGORY SHAFFER; SHARI PARKER; and DOES 1-XXX,

        Defendants.

No. CIV S-12-505 MCE EFB PS

ORDER

This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On March 6, 2012, the undersigned granted plaintiff's request to proceed *in forma pauperis*, directed the clerk to provide plaintiff with the forms required to effect service on defendants, and directed plaintiff to provide to the U.S. Marshal within fourteen days all information needed to effect service of process and to file a statement with the court within fourteen days thereafter that the documents were submitted. Dckt. No. 3. Also on March 6,

2012, the court issued an order which, among other things, set a status (pretrial scheduling) conference for July 18, 2012.  Dckt. No. 5.

On May 17, 2012, plaintiff filed a statement indicating that he delivered the necessary service documents to the Marshal on May 17, 2012.  Dckt. No. 6.  Plaintiff also filed a declaration stating that he attempted to provide the documents to the Marshal on March 19, 2012, which was within the time prescribed for doing so, but was unsuccessful.[1]  Dckt. No. 9.  Accordingly, plaintiff's submission of the service documents to the Marshal and his subsequent statement to the court regarding such submission will be deemed timely.  As provided in the March 6, 2012 order, the Marshal will serve process, with copies of the court's scheduling order and related documents, as well as with a copy of this order, within 90 days of May 17, 2012, the date the Marshal received the required information from plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's submission of the service documents to the Marshal and his subsequent statement to the court regarding such submission will be deemed timely.

2. As provided in the March 6, 2012 order, the Marshal will serve process, with copies of the court's scheduling order and related documents, as well as with a copy of this order, within 90 days of the date of receipt of the required information from plaintiff.

3. The status conference currently scheduled for July 18, 2012, is continued to October 17, 2012 at 10:00 a.m. in Courtroom No. 24.

4. On or before October 3, 2012, the parties shall file status reports, as provided in the March 6, 2012 order.

5. The Marshal shall serve a copy of this order on each of the defendants along with the initial service documents.

---

[1] Plaintiff also filed a declaration and supplemental declaration from Claude E. Dixon regarding plaintiff's efforts to provide the service documents and to obtain counsel.  Dckt. Nos. 7, 8.  If plaintiff succeeds in obtaining counsel, he shall notify the court as soon as possible.

6. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

DATED: May 25, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE